**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**LUIS FIGUEROA,**

         **Petitioner,**

        **v.**                       **9:20-cv-1517**
                                            **(GLS/ML)**

**STANLEY LOVETT,**

         **Respondent.**

**APPEARANCES:**                        **OF COUNSEL:**

**FOR THE PETITIONER:**
Luis Figueroa
Pro Se
16277-069
Coleman Medium
Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 1032
Coleman, FL 33521

**FOR THE RESPONDENT:**
HON. CARLA B. FREEDMAN        EMER M. STACK
United States Attorney              Assistant U.S. Attorney
100 S Clinton St
Syracuse, NY 13261

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

      The above-captioned matter comes to this court following a Report-Recommendation and Order (R&R) by Magistrate Judge Miroslav Lovric, duly filed July 20, 2023.  (Dkt. No. 12.)  Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the

parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 12) is **ADOPTED** in its entirety; and it is further

**ORDERED** that the petition (Dkt. No. 1) is **DENIED** and **DISMISSED** in its entirety; and it is further

**ORDERED** that no certificate of appealability (COA) shall issue because the petition was brought under 28 U.S.C. § 2241, therefore, a certificate of appealability is not required for petitioner to appeal the denial of his petition; and it is further

**ORDERED** that the Clerk is directed to close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

August 9, 2023
Albany, New York

Gary L. Sharpe
U.S. District Judge